**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 99-6477**

-----

NATHANIEL WILLIAMS,

Petitioner - Appellant,

versus

DAVID R. OSBORNE,

Respondent - Appellee.

-----

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-98-612-5-BR)

-----

Submitted: June 22, 1999          Decided: July 29, 1999

-----

Before LUTTIG and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

-----

Dismissed by unpublished per curiam opinion.

-----

Nathaniel Williams, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

-----

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nathaniel Williams seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Williams v. Osborne, No. CA-98-612-5-BR (E.D.N.C. Mar. 18, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED